UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. 4:16-cr- |
| ) | |
| MICHELLE A. SOUTH, ) | 16-cr-0011 TWP-VTW |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT 1

[42 U.S.C. § 1383a(a)(3) – Social Security Income Fraud]

The Grand Jury charges that:

From on or about March 1, 2001, and continuing until on or about March 1, 2016, in Floyd County, in the Southern District of Indiana, MICHELLE A. SOUTH, the defendant herein, having knowledge of the occurrence of any event affecting her initial and continued right to benefits under the supplemental security program did conceal and fail to disclose such event with an intent to fraudulently secure such benefit either in a greater amount or quantity than is due or when no such benefit is authorized, to wit: at a time when she was receiving supplemental security income benefits because she had no other source of household income, SOUTH failed to report that she was married and living with her spouse, who earned income from his employment, resulting in SOUTH'S receipt of approximately $114,633.26

from the general funds of the United States Treasury that she was not eligible to receive, including but not limited to a payment of $733.00 in December 2015.

All in violation of Title 42, United States Code, Section 1383a(a)(3).

A TRUE BILL:

███████████████

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _Kyle M. Sawa_ (signature)
Kyle M. Sawa
Assistant United States Attorney